SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California  94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS CAPITAL MANAGEMENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>　　　　　　Defendant. | No. C 06 1663 PVT<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: March 2, 2006<br>Judge: Hon. Patricia V. Trumbull |

1  A Case Management Conference is scheduled in the above-referenced case for July 18, 2006. After the Complaint in this case was filed and prior to serving Defendant, the parties began confidential settlement discussions. The parties respectfully request that the Initial Case Management Conference be continued until September 19, 2006, or such other time that is convenient for the Court.

Respectfully submitted,

DATE: July 12, 2006                     SHARTSIS FRIESE LLP


By   */s/ James P. Martin*
              JAMES P. MARTIN

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC


DATE: July 12, 2006                     SEVERSON & WERSON


By   */s/ John Sullivan*
              JOHN SULLIVAN

Attorneys for Defendant
ARTISAN PARTNERS LIMITED PARTNERSHIP

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE:  July 13, 2006                    *Patricia V. Trumbull*
                                        THE HONORABLE PATRICIA V. TRUMBULL
                                        UNITED STATES MAGISTRATE JUDGE

6100\015\JMARTIN\1372255.1

-1-

Case No. C 06 1663 PVT    STIPULATION FOR CONTINUANCE OF INITIAL CASE
                          MANAGEMENT CONFERENCE AND [PROPOSED] ORDER