SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza
Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  jmartin@sflaw.com
Email:  gfarano@sflaw.com

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC, a
California limited liability company,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS CAPITAL MANAGEMENT, LLC, a California limited liability company, | Case No.  C 06 1663 PVT |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| ARTISAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, | Complaint Filed:  March 2, 2006 Judge:  The Honorable Patricia V. Trumbull |
| Defendant. | |

Case No. C 06 1663 PVT

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER

An initial Case Management Conference is scheduled in this matter for October 24, 2006. The initial Case Management Conference was previously continued from September 19, 2006 until October 24, 2006, in order to allow the parties time to engage in settlement discussions. The parties have continued to engage in settlement discussions and therefore respectfully request a continuance until November 28, 2006 at 2:00 p.m., or such time as is convenient for the Court.

Respectfully submitted,

DATE:  October 17, 2006                SHARTSIS FRIESE LLP


By  /s/ James P. Martin
           JAMES P. MARTIN

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC


DATE:  October 17, 2006                BELL, BOYD & LLOYD LLC


By  /s/ Natalie Remien
           NATALIE REMIEN

Attorneys for Defendant
ARTISAN PARTNERS LIMITED PARTNERSHIP

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  IT IS FURTHER ORDERED THAT
No additional continuances for the initial case management conference will be granted.

DATE:  _____ October 18, 2006    _____
                                             THE HONORABLE PATRICIA V. TRUMBULL
                                             UNITED STATES MAGISTRATE JUDGE

6100\015\JMARTIN\1390527.1

Case No. C 06 1663 PVT          - 2 -

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

1

2

**ECF CERTIFICATION**

I, James P. Martin, am the ECF User whose identification and password are being used to file this Stipulation for Continuance of Initial Case Management Conference and [Proposed] Order.   In compliance with General Order 45.X.B, I hereby attest that Natalie Remien has concurred in this filing.

DATED:  October 17, 2006                    SHARTSIS FRIESE LLP


                                            By:/s/ James P. Martin
                                                  **JAMES P. MARTIN**

                                            Attorneys for Plaintiff
                                            ARTIS CAPITAL MANAGEMENT, LLC

6100\015\JMARTIN\1390747.1

SHARTSIS  FRIESE  LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111