SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC, a
California limited liability company,

John B. Sullivan, Esq. (Bar # 96742)
SEVERSON & WERSON
1 Embarcadero Center, Twenty-Sixth Floor
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-6439
Email: jbs@severson.com

Alan L. Barry, Esq. (*pro hac vice*)
Natalie A. Remien, Esq. (*pro hac vice*)
BELL, BOYD & LLOYD LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
Email: abarry@bellboyd.com

Attorneys for Defendant
ARTISAN PARTNERS LIMITED PARTNERSHIP,
a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS CAPITAL MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendant. | Case No. C 06 1663 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)]<br><br>Complaint Filed: March 2, 2006<br>Judge: The Honorable William H. Alsup |

Case No. C 06 1663 WHA

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement dated November 17, 2006, Plaintiff Artis Capital Management, LLC ("ACM") and Defendant Artisan Partners Limited Partnership ("Artisan") hereby stipulate as follows:

1. ACM's complaint is dismissed with prejudice.

2. Artisan's counterclaim is dismissed with prejudice.

3. Each party shall bear its own costs and attorneys' fees in connection with this action.

DATED: November 27, 2006　　　　　　　　SHARTSIS FRIESE LLP

By: ___/s/ Gregg S. Farano___
　　　GREGG S. FARANO

Attorneys for Plaintiff
ARTIS CAPITAL MANAGEMENT, LLC

DATED: November 27, 2006　　　　　　　　BELL, BOYD & LLOYD LLC

By: ___/s/ Natalie A. Remien___
　　　NATALIE A. REMIEN

Attorneys for Defendant
ARTISAN PARTNERS LIMITED PARTNERSHIP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __December 4__, 2006　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable William Alsup
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

**ATTESTATION PURSUANT TO GENERAL ORDER 45 § X(B)**

The ECF registered attorney, by virtue of his/her electronic filing of this document, attests that in concurrence with the filing of this document, original signatures have been obtained from each of the signatories named herein.

Case No. C 06 1663 WHA

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

# PROOF OF SERVICE

I, Virginia A. Kiley, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On November 29, 2006, at Shartsis Friese LLP located at the above-referenced address, I served on the interested parties in said cause a copy of the within document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above pursuant to federal and local rules of the court on this date from electronic address sflaw.com, and which transmission was reported as complete and without error, to electronic mail address(es) set forth below:

Case No. C 06 1663 WHA

- 3 -

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Natalie A. Ramien
Bell Boyd & Lloyd LLC
70 West Madison Street, Suite 1300
Chicago, IL 60602

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2006, in San Francisco, California.

                                          */s/ Virginia A. Kiley*
                                          Virginia A. Kiley

6100\015\GFARANO\1398487.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No. C 06 1663 WHA — - 4 -
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER